UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXUM INVESTMENTS, LP, | No. 2:15-cv-29-KJM-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| MIRELA MLIVIC, et al., | |
| Defendants. | |

On January 8, 2015, the magistrate judge filed findings and recommendations (ECF No. 4), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  No objections were filed.

Therefore, the court presumes that any findings of fact are correct and decides the matter on the applicable law.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 4) are ADOPTED.

2. The action is remanded to the Sacramento County Superior Court.

1

3. The Clerk of Court shall serve a certified copy of this order on the Clerk of the Sacramento County Superior Court, and reference the state case number (14UD06730) in the proof of service.

4. The Clerk of Court shall close this case.

DATED: February 6, 2015.

_____
UNITED STATES DISTRICT JUDGE